NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEZA TELLAM,                                )
                                            )
              Appellant,                    )
                                            )
v.                                          )          Case No. 2D17-1727
                                            )
WELLS FARGO BANK N. A.,                     )
                                            )
              Appellee.                     )
                                            )
_____)

Opinion filed May 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

J. Andrew Meyer, Esq. of J. Andrew Meyer,
P.A., of Redington Beach, for Appellant.

Sara F. Holladay-Tobias, Esq., of
McGuireWoods, LLP, of Jacksonville for
Appellee.


PER CURIAM.

              Affirmed.


CASANUEVA, KELLY, and LUCAS, JJ., Concur.